WILLIAM LINTON, for the use of BENJAMIN F. QUIMBY,

*v.*

THE CITY OF CHICAGO.

APPEAL from the Circuit Court of Cook county; the Hon. E. S. WILLIAMS, Judge, presiding.

Messrs. GALLUP & PEABODY, for the appellant.

Mr. S. A. IRWIN, for the appellee.

Per CURIAM: The only question in this case is the liability of the city of Chicago to the process of garnishment. We have considered this question in the case of *Merwin* v. *The City of Chicago, ante,* p. 133, and held the city not liable.

*Judgment affirmed.*